IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-20119-02-JWL |
| ) | |
| ROBERT BENAVIDES FLORES, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter comes before the undersigned U.S. Magistrate Judge, James P. O'Hara, on the motion of defendant Robert Benavides Flores for reconsideration of the pretrial detention order **(doc. 43)**. The parties have indicated that this matter may be resolved without further hearing. Therefore, the motion is denied without prejudice for reassertion at a later date should the matter not be resolved.

IT IS SO ORDERED.

Dated this 13th day of November, 2009, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge